**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 03-cr-00559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL ROMERO

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference among counsel, Probation and Chambers staff, a hearing regarding violation of supervised release for Defendant Romero has been scheduled for **February 22, 2010 at 9:00 a.m.**, in Courtroom A602 of the Arraj Courthouse.

    DATED:  January 19, 2010