**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 03-cr-00559-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL ROMERO,

    Defendant.

---

**ORDER CONTINUING SUPERVISION AND IMPOSING ADDITIONAL
CONDITIONS OF SUPERVISED RELEASE**

---

    This matter comes to the attention of the Court upon request by the Probation Officer to dismiss the petition for violation of supervised release in this case, and impose additional conditions of supervision. The Court, having been advised in the facts and premises of the above case, hereby

    ORDERS that the petition for violation of supervised release, dated the 5th day of January, 2010 (*see* Doc. # 50), is hereby dismissed and that the Defendant is continued on supervised release with the following additional special conditions of supervision: The Defendant shall not change residences without prior permission from the Supervising Probation Officer; and, the Defendant shall comply with the curfew as specified by the supervising probation officer. The Court

    FURTHER ORDERS that all previously imposed conditions of supervised release remain in full force and effect.

    DATED at Denver, Colorado, this __12th__ day of March, 2010.

                                                     BY THE COURT:

                                                     _____
                                                     CHRISTINE M. ARGUELLO
                                                     United States District Court Judge